**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL GREGORY,

        Plaintiff,

v.                                                                             Case No.: 6:23-cv-1988-WWB-EJK

GULF COAST COLLECTION BUREAU,
INC.,

        Defendant.
_____

## ORDER

The Court has been advised by Plaintiff's Notice of Settlement that the above-styled action has been completely settled. (Doc. 8 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Court does not retain jurisdiction to enforce the parties' settlement agreement. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on November 20, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record